## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY BIGWOOD, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:11-cv-00602-ABJ |
|  | ) The Honorable Amy B. Jackson |
| UNITED STATES DEPARTMENT OF | ) |
| DEFENSE and CENTRAL | ) |
| INTELLIGENCE AGENCY, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nathan Swinton, United States Department of Justice,

Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned

matter as counsel of record for Defendants United States Department of Defense and the Central

Intelligence Agency.  Attached hereto is the Certificate of Familiarity required by Local Civil

Rule 83.2(j).

Dated: May 4, 2011                    Respectfully submitted,

                                      TONY WEST
                                      Assistant Attorney General

                                      RONALD C. MACHEN JR.
                                      United States Attorney
                                      District of Columbia

                                      ELIZABETH J. SHAPIRO
                                      Deputy Branch Director,
                                      Federal Programs Branch

_/s/ Nathan Swinton_
NATHAN SWINTON (NY Bar No. 802649)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-7667
Fax: (202) 616-8470
Nathan.M.Swinton@usdoj.gov

Attorneys for Defendant

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.


Dated:  5/4/2011                                        /s/ Nathan Swinton
                                                        Nathan Swinton