UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------X
JEREMY BIGWOOD,
3200 16th St. NW #806
Washington, D.C. 20010,

                    Plaintiff                                           Civil Action
v.                                                                     1:11-cv-00602-ABJ

UNITED STATES DEPARTMENT OF DEFENSE,
The Pentagon, Washington D.C. 20301-1000;
THE CENTRAL INTELLIGENCE AGENCY,
Washington D.C. 20505,

                    Defendants
-----------------------------------------------------------X

## MOTION FOR CLARIFICATION

Plaintiff respectfully requests clarification of the Court's Order of May 6, 2011.

Plaintiff has brought this action against two Defendants, the United States Department of Defense ("DoD") and the Central Intelligence Agency ("CIA"), based on separate and distinct Freedom of Information Act requests that were sent to each Defendant.

On May 5, 2011, the Court entered an Order stating in part, "Defendant has until June 6, 2011 to file a dispositive motion or, in the alternative, to file a report setting forth the schedule according to which it will complete its production of documents to plaintiff."

On May 6, 2011, the Court entered an Order stating, "Set/Reset Deadlines: Defendants Dispositive Motion, or in the alternative, a report setting forth the schedule

according to which it will complete its production of documents to plaintiff is due by 6/6/2011."

On June 6, 2011, counsel for Defendants filed a "Notice of Proposed Production Schedule by Central Intelligence Agency, United States Department of Defense." (Doc. No. 11.) In the Notice, Defendant DoD identifies two dates by which it will produce non-exempt documents. The CIA states that it "neither confirms nor denies the existence of any records" responsive to the FOIA requests posed to it and that it "will not be producing any documents pursuant to this proposed production schedule."

As communicated to counsel for Defendants, Plaintiff believes Defendant CIA did not comply with the Court's May 5th or 6th Orders because it did not file a dispositive motion or a production schedule. Counsel for Defendants contends that Defendant CIA's response is consistent with the Orders.

In light of the foregoing, Plaintiff respectfully requests clarification of the Court's May 5th and 6th, 2011.

Dated: June 24, 2011

Respectfully submitted,

_____
Anjana Samant

Anjana Samant  (pursuant to LCvR 83.2(d))
Pamela Spees  (pursuant to LCvR 83.2(d))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
212-614-6445 – Phone
212-614-6499 – Fax

Zachary Wolfe (D.C. Bar No. 463548)
The George Washington University
801 22nd Street, NW, Rome Hall 557
Washington, DC 20052
202-994-3053 – Phone

*Counsel for Plaintiff*